| TO: | **Mail Stop 8** | REPORT ON THE |
|-----|-----------------|---------------|
|     | **Director of the U.S. Patent & Trademark Office** | FILING OR DETERMINATION OF AN |
|     | **P.O. Box 1450** | ACTION REGARDING A PATENT OR |
|     | **Alexandria, VA  22313-1450** | TRADEMARK |

   In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:
(X ) Patents   or     ( ) Trademarks

| DOCKET NO: | DATE FILED: | UNITED STATES DISCTRICT COURT |
|------------|-------------|-------------------------------|
| 19-cv-02711-VC | May 17, 2019 | Phillip Burton Federal Building |
|  |  | 450 Golden Gate Avenue |
|  |  | San Francisco, CA 94102 |

| PLAINTIFF: | DEFENDANT: |
|------------|------------|
| UPF Innovations, LLC | INTRINSIC ID, INC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1.SEE ATTACHED COMPLAINT |  |  |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED       INCLUDED BY:
                    ( ) Amendment       ( ) Answer       ( ) Cross Bill       ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. |  |  |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

Susan Y. Soong, Clerk                                     (by) Deputy Clerk, Felicia Brown

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy